# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

136270 & (23)

PAT GITLER,
      Plaintiff-Appellant,

v

CLARK CLAWSON and MICHAEL CHIELENS,
      Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136270
COA: 279846
Mecosta CC: 06-017408-CZ

      On order of the Court, the application for leave to appeal the March 10, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. Costs of $490 are assessed against the plaintiff in favor of the defendants under MCR 7.316(D)(1) for filing a vexatious appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

t0616

_____
Clerk